UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00305-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  OSCAR CRESPO PEREZ,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a scheduling conflict of the Court, the Change of Plea hearing scheduled for Monday, September 14, 2009 at 1:30 p.m. is **VACATED** and **RESET** to **Monday, September 14, 2009 at 10:00 a.m.**

    Dated: September 2, 2009